IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>ROBERT J. DORIS, et al.,<br><br>　　　　Defendant(s).　　　　　／ | No. C 07-1500 MEJ<br><br>**ORDER VACATING CONSOLIDATION ORDER** |
| ANDREW WALTER,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>ROBERT J. DORIS, et al.,<br><br>　　　　Defendant(s).　　　　　／ | No. 07-2344 MEJ |

　　On May 10, 2007, the Court issued an order relating the above-captioned cases and, in a separate order, consolidated the lead case, *Wilder v. Doris, et al., C 07-1500 MEJ,* and any other shareholder derivative action on behalf of defendant Sonic Solutions that involves questions of law or fact similar to those contained in *Wilder*. As part of its consolidation order, the Court appointed Plaintiff Ralph D. Wilder as Lead Plaintiff and Lerach Coughlin Stoia  Geller Rudman & Robbins

1  LLP as Lead Counsel, pursuant to the stipulation of the parties in the *Wilder* matter. However,
2  Plaintiff Andrew Walter has now filed a motion seeking an order appointing him as Lead Plaintiff
3  and appointing his counsel, Schiffrin Barroway Topaz & Kessler LLP, as Lead Counsel. As the
4  Court issued its consolidation order prior to the filing of Walter's pending motion, it finds good
5  cause exists to vacate the appointment of Lead Plaintiff and Counsel and hereby VACATES the
6  May 10, 2007 consolidation order (Doc. #9) in its entirety. If Plaintiff Wilder seeks appointment as
7  Lead Plaintiff, he shall file a motion pursuant to Civil Local Rule 7. If Wilder files said motion, the
8  noticed hearing date for Plaintiff Walter's motion shall be continued so that both motions may be
9  heard on the same calendar.

10  **IT IS SO ORDERED.**

12  Dated: May 11, 2007

   MARIA-ELENA JAMES
13  United States Magistrate Judge

28  2