1  SARA B. BRODY (No. 130222)
2  CAROL LYNN THOMPSON (No. 148079)
   MONICA PATEL (No. 220825)
3  HELLER EHRMAN LLP
   333 Bush Street
4  San Francisco, CA  94104-2878
5  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
6  Sara.Brody@hellerehrman.com
   CarolLynn.Thompson@hellerehrman.com
7  Monica.Patel@hellerehrman.com

8  Attorneys for Defendant
9  SONIC SOLUTIONS

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12

13  RALPH D. WILDER,                   Case No. C-07-1500 MEJ

14                Plaintiff(s),        **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION**
15      vs.

16  ROBERT J. DORIS, et al.,

17                Defendant(s).

18  ANDREW WALTER,
                                       Case No. C-07-2344 MEJ
19                Plaintiff(s),

20      vs.

21  ROBERT J. DORIS, et al.,
22                Defendant(s).

23
24
25
26
27
28
---
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND
DISPOSITION
CASE NOS. C-07-1500 MEJ; C-07-2344 MEJ

1     The undersigned party hereby declines to consent to the assignment of these cases to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of these cases to a United States District Judge.

    In accordance with the Court's Order dated May 11, 2007 (Docket Nos. 6 and 13), defendants file this declination no later than June 1, 2007 regarding both the *Wilder v. Doris et al.*, Case No. C-07-1500 MEJ and *Walter v. Doris et al.*, Case No. C-07-2344 MEJ cases that the Court ordered on May 10, 2007 as related.[1]

DATED: May 30, 2007      HELLER EHRMAN LLP

          /s/ Monica Patel
SARA BRODY
CAROL LYNN THOMPSON
MONICA PATEL

Attorneys for Defendant
SONIC SOLUTIONS

---

[1] Defendants assume that the Court's May 11, 2007 Order requesting that the parties in both the *Wilder* and *Walter* actions inform the Court of their consent or declination by June 1, 2007, supersedes the Court's May 3, 2007 Order requesting that Plaintiff Ralph Wilder and defendants inform the Court of their consent or declination by May 8, 2007. Even so, defendant Sonic Solutions respectfully apologizes for not informing the Court of its declination decision regarding the *Wilder* action prior to May 8, 2007. Defendant was unaware of this notice deadline since defendant received neither electronic filing notifications of any of the Court's Orders prior to the May 11, 2007 Order nor electronic filing notifications or service by mail of plaintiff's May 9, 2007 filed consent.

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION
CASE NOS. C-07-1500 MEJ; C-07-2344 MEJ
-1-