IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, derivatively on behalf of SONIC SOLUTIONS<br><br>    Plaintiff,<br><br> v.<br><br>ROBERT J. DORIS, et al.,<br><br>    Defendants.<br>_____ | No. C 07-01500 CW |
| ANDREW WALTER, derivatively on behalf of nominal defendant SONIC SOLUTIONS,<br><br>    Plaintiff,<br><br> v.<br><br>ROBERT J. DORIS, et al.,<br><br>    Defendants<br>_____/ | No. C 07-02344 CW<br><br>**AMENDED**<br>CLERK'S NOTICE<br>SETTING MOTION<br>HEARING DATE |

    Notice is hereby given that a hearing on Plaintiff Andrew Walter's Motion to Consolidate Related Actions, Appoint Lead Plaintiff and Lead Counsel will be held on August 2, 2007, at 2:00 p.m. Opposition to the motion will be due July 12, 2007, and any reply will be due July **19**, 2007.

    Dated:  June 13, 2007

                                    *Sheilah Cahill*
                                    SHEILAH CAHILL
                                    Deputy Clerk