SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Eric Zagar
Nichole Browning
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
ezagar@sbtklaw.com
nbrowning@sbtklaw.com
dalbert@sbtklaw.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW WALTER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. DORIS, MARY C. SAUER, JAMES A. MOORER, MICHAEL C. CHILD, ROBERT M. GREBER, PETER J. MARGUGLIO, R. WARREN LANGLEY, A. CLAY LEIGHTON, KIRK PAULSEN, MICHAEL J. COSTELLO and CHRISTOPHER A. KRYZAN,<br><br>Defendant,<br>and<br><br>SONIC SOLUTIONS,<br><br>Nominal Defendant. | Case No.: 07-02344-CW<br><br>**[PROPOSED] ORDER RELATING CASES** |

|   |   |
|---|---|
| JAMES FORSETH, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. DORIS, MARY C. SAUER, JAMES A. MOORER, MICHAEL C. CHILD, ROBERT M. GREBER, PETER J. MARGUGLIO, R. WARREN LANGLEY, A. CLAY LEIGHTON, KIRK PAULSEN, MICHAEL J. COSTELLO and CHRISTOPHER A. KRYZAN,<br><br>and<br><br>SONIC SOLUTIONS,<br><br>Nominal Defendant. | Case No.: 07-03178-JL |

Having considered the Administrative Motion to Consider Whether Cases Should be related Pursuant to L.R.3-12(B) filed by Andrew Walter in the above captioned case, to which no opposition has been filed, and good cause showing,

IT IS HEREBY ORDERED AS FOLLOWS:

*James Forseth v. Doris, et al.*, Case No. 07-03178-JL, filed on June 15, 2007, is related to *Andrew Walter v. Doris, et al.*, Case No. 07-02344-CW, filed on April 30, 2007.

Dated: _____

_____
The Honorable Claudia Wilken