SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Eric Zagar
Nichole Browning
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
ezagar@sbtklaw.com
nbrowning@sbtklaw.com
dalbert@sbtklaw.com

Attorneys for Plaintiff
James Forseth

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. DORIS, DAVID C. HABIGER, MARY C. SAUER, A. CLAY LEIGHTON, MARK ELY, ROBERT M. GERBER, PETER J. MARGUGLIO, R. WARREN and R. WARREN LANGLEY,<br><br>Defendant,<br>and<br><br>SONIC SOLUTIONS, | Case No. C 07-cv-1500-CW<br><br>**AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R.3-12(B)** |

     Plaintiff James Forseth hereby moves for consideration of whether *James Forseth v. Doris, et al.*, Case No. 07-03178, filed on June 15, 2007, is related to the earlier filed case *Ralph D. Wilder v. Doris, et al.* Case No. C07-1500 CW, filed on March 15, 2007.

     Pursuant to Civil L.R. 3-12(a), these actions are related. They involve substantially the same parties and events. These two actions are derivative cases and are brought against the same defendants for breach of fiduciary duty, and violations of California and Federal. Their allegations are substantively identical. It appears likely that there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if this case is conducted before a different judge. Therefore, assignment of a single judge is likely to conserve judicial resources and promote an efficient determination of these actions.

Dated: June 22, 2007

                                   SCHIFFRIN BARROWAY
                                   TOPAZ & KESSLER, LLP

                                   /s/
                          Alan R. Plutzik, Of Counsel (Bar No. 077785)
                          L. Timothy Fisher, Of Counsel (Bar No. 191626)
                          2125 Oak Grove Road, Suite 120
                          Walnut Creek, California 94598
                          Telephone:  (925) 945-0770
                          Facsimile: (925) 945-8792

                          -and-

                          Eric Zagar
                          Nichole Browning
                          J. Daniel Albert
                          280 King of Prussia Road
                          Radnor, PA  19087
                          Telephone: (610) 667-7706
                          Facsimile: (610) 667-7056
                          ezagar@sbtklaw.com
                          nbrowning@sbtklaw.com
                          dalbert@sbtklaw.com

                          Attorneys for Plaintiff
                          James Forseth

AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R.3-12(B)
Case No. C 07-cv-1500 CW

2