LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT (169813)
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
johng@lerachlaw.com
shawnw@lerachlaw.com
mwinkler@lerachlaw.com
abaig@lerachlaw.com

Attorneys for Plaintiffs
Ralph D. Wilder and Sammy K. Doolittle

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of SONIC SOLUTIONS,<br><br>                        Plaintiff,<br><br>   vs.<br><br>ROBERT J. DORIS, et al.,<br><br>                        Defendants,<br><br>   – and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>                        Nominal Defendant. | No. C-07-1500-CW<br><br>PLAINTIFF'S NOTICE OF RELATED CASE AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

[Caption continued on following page.]

| | | |
|---|---|---|
| 1 | | |
| 2 | ANDREW WALTER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS, ) ) ) | Case No. C-02344-CW |
| 3 | Plaintiff, ) ) | |
| 4 | vs. ) ) | |
| 5 | ROBERT J. DORIS, et al., ) ) | |
| 6 | Defendants, ) ) | |
| 7 | – and – ) ) | |
| 8 | SONIC SOLUTIONS, ) ) | |
| 9 | Nominal Defendant. ) ) | |
| 10 | JAMES FORSETH, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS, ) ) ) | Case No. C-07-03178-CW |
| 11 | Plaintiff, ) ) | |
| 12 | vs. ) ) | |
| 13 | ROBERT J. DORIS, et al., ) ) | |
| 14 | Defendants, ) ) | |
| 15 | – and – ) ) | |
| 16 | SONIC SOLUTIONS, ) ) | |
| 17 | Nominal Defendant. ) ) | |
| 18 | SAMMY K. DOOLITTLE, Derivatively on Behalf of SONIC SOLUTIONS, ) ) ) | Case No. C-07-03361-BZ |
| 19 | Plaintiff, ) ) | |
| 20 | vs. ) ) | |
| 21 | ROBERT J. DORIS, et al., ) ) | |
| 22 | Defendants, ) ) | |
| 23 | – and – ) ) | |
| 24 | SONIC SOLUTIONS, ) ) | |
| 25 | Nominal Defendant. ) ) | |
| 26 | | |
| 27 | | |
| 28 | | |

1    Plaintiff Sammy K. Doolittle, by and through his counsel, pursuant to Local Rules 3-12 and 7-11, moves this Court to: (1) deem this pending derivative action a related action; and (2) assign *Doolittle v. Doris, et al.*, 3:07-cv-03361-BZ, to Judge Claudia Wilken.

On March 15, 2007, plaintiff Ralph D. Wilder filed a derivative complaint titled *Wilder v. Doris, et al.*, 4:07-cv-01500-CW, on behalf of the nominal defendant Sonic Solutions. On April 30, 2007, plaintiff Andrew Walter filed a derivative complaint titled *Walter v. Doris, et al.*, 4:07-cv02344-CW, against the same defendants and on behalf of the same nominal defendant Sonic Solutions. Subsequently, on June 15, 2007 and June 26, 2007, plaintiffs James Forseth and Sammy K. Doolittle filed derivative actions, titled *Forseth v. Doris, et al.*, 3:07-cv-03178-JL, and *Doolittle v. Doris, et al.*, 3:07-cv-03361-BZ, respectively, against the same defendants on behalf of the same nominal defendant Sonic Solutions.

These actions appear to be related in that they are all derivative actions brought on behalf of the same nominal defendant, naming the same defendants, alleging the same causes of action based on the same relevant events arising out of the same time period. Based on these similarities, it appears likely that there will be unnecessary duplication of labor and expense or conflicting results if the cases are conducted before different judges in this District.

Accordingly, the four actions meet the definition of "related cases" set forth in Local Rule 3-12(a). Pursuant to its Related Case Order issued June 29, 2007, this Court has already related the *Wilder, Walter* and *Forseth* actions. Plaintiff Doolittle hereby requests that this action also be related to the *Wilder, Walter* and *Forseth* actions.

DATED: July 2, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG


    s/ John K. Grant
JOHN K. GRANT

PLAINTIFF'S NOTICE OF RELATED CASE AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED - C-07-1500-CW                                                                      - 1 -

| | |
|---|---|
| 1 | |
| 2 | 100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone:  415/288-4545 |
| 3 | 415/288-4534 (fax) |
| 4 | LERACH COUGHLIN STOIA GELLER |
| 5 |   RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III |
| 6 | KATHLEEN A. HERKENHOFF<br>BENNY C. GOODMAN III |
| 7 | MARY LYNNE CALKINS<br>655 West Broadway, Suite 1900 |
| 8 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 9 | 619/231-7423 (fax) |
| 10 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 11 | THOMAS G. WILHELM<br>9601 Wilshire Blvd., Suite 510 |
| 12 | Los Angeles, CA  90210<br>Telephone:  310/859-3100 |
| 13 | 310/278-2148 (fax) |
| 14 | Attorneys for Plaintiffs Ralph D. Wilder and<br>Sammy K. Doolittle |

T:\CasesSF\Sonic Solutions\MIS00043255.doc

PLAINTIFF'S NOTICE OF RELATED CASE AND ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED - C-07-1500-CW — - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 2, 2007.

    s/ John K. Grant
JOHN K. GRANT

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:JohnKG@lerachlaw.com

# Mailing Information for a Case 3:07-cv-03361-BZ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish M. Baig**
  AelishB@lerachlaw.com,KiyokoF@lerachlaw.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,KiyokoH@lerachla

- **Thomas Gilbertson Wilhelm**
  twilhelm@lerachlaw.com,e_file_sd@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.com,moniquew@lerachla

- **Monique Winkler**
  MoniqueW@lerachlaw.com,shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert B. Weiser
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
```