1

2   SCHIFFRIN  BARROWAY
    TOPAZ & KESSLER, LLP
3   Alan R. Plutzik, Of Counsel (Bar No. 077785)
    2125 Oak Grove Road, Suite 120
    Walnut Creek, California 94589
4   Telephone: (925) 945-0770
    Facsimile: (925) 945-8792

5       -and-

6   Eric L. Zagar
    Robin Winchester
7   Nichole Browning
    J. Daniel Albert
8   280 King of Prussia Road
    Radnor, PA  19087
9   Telephone: (610) 667-7706
    Facsimile: (610) 667-7056
10

11  Attorneys for Proposed Lead Plaintiffs
    Walter and Forseth and Proposed Lead Counsel
12

13          **UNITED STATES DISTRICT COURT**

14          **NORTHERN DISTRICT OF CALIFORNIA**

15               **OAKLAND DIVISION**

16  RALPH WILDER, Derivatively on          )  Case No. C 07-01500 CW
    Behalf of SONIC SOLUTIONS, INC.        )
17                                         )  **DECLARATION OF ROBIN**
                       Plaintiff,          )  **WINCHESTER IN SUPPORT**
18                                         )  **OF PLAINTIFS ANDREW**
              v.                           )  **WALTER AND JAMES**
19  ROBERT J. DORIS, MARY C. SAUER,        )  **FORSETH'S MOTION TO**
    JAMES A. MOORER, MICHAEL C.            )  **CONSOLIDATE CASES AND**
20  CHILD, ROBERT M. GREBER, PETER J.      )  **TO APPOINT LEAD**
    MARGUGLIO, R. WARREN LANGLEY,          )  **PLAINTIFFS AND LEAD**
21  A. CLAY LEIGHTON, KIRK PAULSEN,        )  **COUNSEL, AND IN**
    MICHAEL J. COSTELLO and                )  **OPPOSITION TO THE**
22  CHRISTOPHER A. KRYZAN,                 )  **MOTION OF SAMMY K.**
                                           )  **DOOLITTLE AND RALPH D.**
23                     Defendants,         )  **WILDER**
                                           )
24           and                           )  Date:  August 7, 2007
                                           )  Time:  2:00 p.m.
25  SONIC SOLUTIONS, INC.                  )  Before:  Hon. Claudia Wilken
                                           )
26                 Nominal Defendant.      )
                                           )
27  _____   )

28  DECLARATION OF ROBIN WINCHESTER IN SUPPORT OF PLAINTIFS ANDREW WALTER AND
    JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND
    LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D.
    WILDER.
    CASE NO. C 07-01500 CW

1

| | |
|---|---|
| ANDREW WALTER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS, | ) Case No. C 07-02344 CW ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ROBERT J. DORIS, MARY C. SAUER, JAMES A. MOORER, MICHAEL C. CHILD, ROBERT M. GREBER, PETER J. MARGUGLIO, R. WARREN LANGLEY, A. CLAY LEIGHTON, KIRK PAULSEN, MICHAEL J. COSTELLO and CHRISTOPHER A. KRYZAN, | ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| SONIC SOLUTIONS, | ) ) |
| Nominal Defendant. | ) ) ) |

| | |
|---|---|
| JAMES FORSETH, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS, | ) ) ) Case No. C 07-03178 CW |
| Plaintiff, | ) ) |
| v. | ) ) |
| ROBERT J. DORIS, MARY C. SAUER, JAMES A. MOORER, MICHAEL C. CHILD, ROBERT M. GREBER, PETER J. MARGUGLIO, R. WARREN LANGLEY, A. CLAY LEIGHTON, KIRK PAULSEN, MICHAEL J. COSTELLO and CHRISTOPHER A. KRYZAN, | ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| SONIC SOLUTIONS, | ) ) |
| Nominal Defendant. | ) ) |

DECLARATION OF ROBIN WINCHESTER IN SUPPORT OF PLAINTIFS ANDREW WALTER AND JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D. WILDER.
CASE NO. C 07-01500 CW

2

1

2

3

4

5

6

7

8

9

10

| | |
|---|---|
| SAMMY K. DOOLITTLE, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS, <br> Plaintiff, <br> v. <br> ROBERT J. DORIS, DAVID C. HABIGER, MARY C. SAUER, A. CLAY LEIGHTON, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO, and R. WARREN LANGLEY, <br> Defendants, <br> and <br> SONIC SOLUTIONS, <br> Nominal Defendant. | Case No. C 07-03361 BZ |

11    I, Robin Winchester, declare under penalty of perjury this 12th day of July, 2007:

12    1.    I am an Associate at the law firm of Schiffrin Barroway Topaz & Kessler, LLP. The

13 following facts are true to my own personal knowledge and, if called upon to do so, I could and would

14 completely testify to their truth. I submit this Declaration in Support of the Plaintiffs Andrew Walter's

15 and James Forseth's Motion to Consolidate Cases and to Appoint Lead Plaintiffs and Lead Counsel,

16 and in Opposition to the Motion of Sammy K. Doolittle and Ralph D. Wilder.

17    2.    Attached hereto as Exhibit A is a true and correct copy of the leadership structure order

18 in *In re Ditech Networks, Inc., Derivative Litigation*, Master File No. C 06-05157 JF (N.D. Cal. Nov.

19 29, 2006).

20    3.    Attached hereto as Exhibit B is a true and correct copy of the leadership structure order

21 in *Dossett v. Cline, et al.*, Master File No. C 06-03484 JF (N.D. Cal. July 13, 2006).

22    4.    Attached hereto as Exhibit C is a true and correct copy of the leadership structure order

23 in *Chu v. Hughes, et al.*, Master File No. C 06-3513 JF MHP (N.D. Cal. Aug. 10, 2006).

24    5.    Attached hereto as Exhibit D is a true and correct copy of the leadership structure order

25 in *Hergotz v. Sola, et al.*, Master File No. C 06-3783 JF (N.D. Cal. Aug. 31, 2006).

26    6.    Attached hereto as Exhibit E is a true and correct copy of the leadership structure order

27 in *Kalindjian v. Antle, et al.*, Master File No. C 06-3440 JF (N.D. Cal. Sept. 6, 2006).

28

1    I declare under penalty of perjury that the foregoing is true and correct to the best of my

2    knowledge, and that this Declaration was executed on July 12, 2007, at Radnor, Pennsylvania.

3

4

5                          /s/ Robin Winchester_____
                           ROBIN WINCHESTER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    DECLARATION OF ROBIN WINCHESTER IN SUPPORT OF PLAINTIFS ANDREW WALTER AND          4
      JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND
      LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D.
      WILDER.
      CASE NO. C 07-01500 CW

# EXHIBIT A

1   DARRYL P. RAINS (State Bar No. 104802)
MORRISON & FOERSTER LLP
2   755 Page Mill Road
Palo Alto, California 94304-1018
3   Telephone: (650) 813-5600
Facsimile: (650) 494-0792
4   Email: DRains@mofo.com

5   DIANE E. PRITCHARD (State Bar No. 96999)
MORRISON & FOERSTER LLP
6   425 Market Street
San Francisco, CA 94105-2482
7   Telephone: (415) 268-7000
Facsimile: (415) 268-7522
8   Email: DPritchard@mofo.com

9   Attorneys for Defendants
TIMOTHY K. MONTGOMERY, WILLIAM J. TAMBLYN,
10  GREGORY M. AVIS, WILLIAM A. HASLER, ANDREI M.
MANOLIU, and DITECH NETWORKS, INC.

11

12

13               UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                  SAN JOSE DIVISION

16

| | |
|---|---|
| 17  In re DITECH NETWORKS, INC.<br>DERIVATIVE LITIGATION | Case No. C 06-05157 JF |
| 18 | **STIPULATION AND** |
| | **[PROPOSED] ORDER** |
| 19 | **(1) RELATING AND** |
| | **CONSOLIDATING RELATED** |
| 20  This Document Relates To: All Actions | **ACTIONS, (2) APPOINTING CO-** |
| | **LEAD PLAINTIFF AND CO-** |
| 21 | **LEAD PLAINTIFFS' COUNSEL,** |
| | **AND (3) RE-SETTING CASE** |
| 22 | **MANAGEMENT CONFERENCE** |

23

24      WHEREAS two actions were filed in this Court, *Donald W. Newman, Derivatively on*

25  *Behalf of Nominal Defendant Ditech Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No.

26  C 06-05157 JF) ("*Newman*") and *James McKenna, Derivatively on Behalf of Nominal Defendant*

27  *Ditech Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No. C 06-05242 JF) ("*McKenna*"),

28

1    which purport to be derivative actions brought on behalf of Ditech Networks, Inc. ("Ditech")

2    against various individuals alleging that those defendants engaged in the improper backdating of

3    certain stock option grants during the period 1999 through 2001; and

4          WHEREAS the *Newman* and *McKenna* actions already have been (i) related pursuant to

5    this Court's orders entered October 2, 2006 in those actions, and (ii) consolidated as *In re Ditech*

6    *Networks, Inc. Derivative Litigation* (Case No. C 06-05157 JF), pursuant to this Court's order

7    entered November 7, 2006, a copy of which is attached hereto as Exhibit A ("Consolidation

8    Order"); and

9          WHEREAS the Consolidation Order provides that "[a]ny other actions now pending or

10   later filed in this Court which arise out of or are related to the same facts as alleged in [*Newman*

11   and *McKenna*] shall be consolidated for all purposes, if and when they are brought to the Court's

12   attention" (Exh. A at ¶ 2); and

13         WHEREAS a new action, entitled *Kenneth Lau, Derivatively on Behalf of Ditech*

14   *Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No. C 06-6877 PVT) ("*Lau*"), has been

15   filed in this Court; and

16         WHEREAS the *Lau* complaint also purports to be brought derivatively on behalf of

17   Ditech, against many of the same defendants as the *Newman* and *McKenna* cases, and seeks relief

18   on behalf of the company arising out of alleged improper backdating of stock option grants since

19   1999; and

20         WHEREAS *Lau* arises out of or is related to the same facts as *Newman* and *McKenna* (*see*

21   Exh. A at ¶ 2), the actions concern substantially the same parties, property, transaction or event,

22   and it appears likely that there will be an unduly burdensome duplication of labor and expense if

23   the cases are conducted before different judges (*see* Civil L. R. 3-12(a)); and

24         WHEREAS Lerach Coughlin Stoia Geller Rudman & Robbins, Counsel for plaintiff

25   Kenneth Lau, and Schiffrin & Barroway, Counsel for plaintiffs Donald W. Newman and James

26   McKenna, have agreed to a structure by which Lau, Newman and McKenna will be Lead

27   Plaintiffs, with their counsel Lerach Coughlin and Schiffrin & Barroway serving as Co-Lead

28   Counsel in this action; and

1 WHEREAS nominal defendant Ditech Networks, Inc. takes no position as to the

2 appointment of Kenneth Lau, Donald W. Newman and James McKenna as Lead Plaintiffs and

3 Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Co-

4 Lead Counsel; and

5 WHEREAS a case management conference date set in one of the two originally

6 consolidated actions was vacated, but a case management conference set for December 1, 2006 in

7 the other action was not vacated; and

8 WHEREAS the Consolidation Order provides for the filing of a Consolidated Complaint

9 by December 22, 2006, with a response to the Consolidated Complaint due 45 days after the

10 service of the Consolidated Complaint, and sets out a briefing schedule for any motion to dismiss

11 (*see* Exh. A at ¶¶ 16-19); and

12 WHEREAS the parties believe it would serve the interests of judicial efficiency and

13 effective case management to conduct the case management conference after the *Lau* action has

14 been consolidated in this proceeding,

15 NOW, THEREFORE, IT IS HEREBY STIPULATED by and among plaintiff Donald W.

16 Newman, plaintiff James McKenna, plaintiff Kenneth Lau, and defendant Ditech, through their

17 respective counsel of record, as follows:

18 1. The *Lau* action should be related to and consolidated for all purposes with *In re*

19 *Ditech Networks, Inc. Derivative Litigation*, Case No. C 06-05157 JF, pursuant to the Court's

20 Consolidation Order, and all pleadings in *Lau* shall be filed in conformity with the Court's

21 Consolidation Order.

22 2. A Consolidated Complaint including the *Newman*, *McKenna* and *Lau* claims,

23 which will supersede all existing complaints, including the *Lau* complaint, shall be filed and

24 served no later than December 22, 2006.

25 3. The case management conference previously set in one of the consolidated actions

26 for December 1, 2006 at 10:30 a.m. should be re-set in the consolidated actions for February 23,

27 2007 at 10:30 a.m., in the Courtroom of the Honorable Jeremy Fogel.

28

1     Dated: November 28, 2006        SCHIFFRIN & BARROWAY LLP

2                                    ERIC L. ZAGAR
SANDRA G. SMITH

3                                    Proposed Co-Lead Counsel for Plaintiffs

4                                          - and -

5                                    BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP

6                                    ALAN R. PLUTZIK
L. TIMOTHY FISHER

7                                    KATHRYN A. SCHOFIELD

8                                    Counsel for Plaintiffs Donald W. Newman
and James McKenna

9

10                                    By _____s/ Sandra G. Smith_____

11

12     Dated: November 28, 2006        LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

13                                    WILLIAMS S. LERACH
DARREN J. ROBBINS

14                                    TRAVIS E. DOWNS III
SHAWN A. WILLIAMS

15                                    Proposed Co-Lead Counsel for Plaintiffs

16

17                                          - and -

18                                    SHUMAN & BERENS LLP
KIP B. SHUMAN

19                                    Counsel for Plaintiff Kenneth Lau

20

21                                    By _____s/ Aelish Baig_____

22

23

24

25

26

27

28

1

Dated: November 28, 2006

MORRISON & FOERSTER LLP
DARRYL P. RAINS
DIANE E. PRITCHARD

By _____ s/ Diane E. Pritchard _____
Diane E. Pritchard
Counsel for Defendants DITECH
NETWORKS, INC., TIMOTHY K.
MONTGOMERY, WILLIAM J.
TAMBLYN, GREGORY M. AVIS,
WILLIAM A. HASLER, and ANDREI M.
MANOLIU

1    I, Diane E. Pritchard, am the ECF User whose ID and password are being used to file this

2    Stipulation and [Proposed] Order (1) Relating and Consolidating Related Actions, (2) Appointing

3    Co-Lead Plaintiff and Co-Lead Plaintiffs' Counsel, and (3) Re-Setting Case Management

4    Conference. In compliance with General Order 45, X.B., I hereby attest that Sandra G. Smith and

5    Aelish Baig, attorneys for plaintiffs, have concurred in this filing.

6

7

8    Dated: November 28, 2006                    MORRISON & FOERSTER LLP
                                                 DARRYL P. RAINS
9                                                DIANE E. PRITCHARD

10

11                                               By _____ s/ Diane E. Pritchard _____
                                                        Diane E. Pritchard
12                                               Counsel for Defendants DITECH
                                                 NETWORKS, INC., TIMOTHY K.
13                                               MONTGOMERY, WILLIAM J.
                                                 TAMBLYN, GREGORY M. AVIS,
14                                               WILLIAM A. HASLER, and ANDREI M.
                                                 MANOLIU
15

16

17    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18
      Dated:    11/28/06
19                                               _____
                                                     Honorable Jeremy Fogel
20                                                   United States District Judge

21

22

23

24

25

26

27

28

# EXHIBIT B

1 | LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
2 | WILLIAM S. LERACH (68581)
DARREN J. ROBBINS (168593)
3 | TRAVIS E. DOWNS III (148274)
655 West Broadway, Suite 1900
4 | San Diego, CA  92101
Telephone:  619/231-1058
5 | 619/231-7423 (fax)
billl@lerachlaw.com
6 | darrenr@lerachlaw.com
travisd@lerachlaw.com
7 |
SCHIFFRIN & BARROWAY, LLP
8 | ERIC L. ZAGAR
SEAN M. HANDLER
9 | 280 King of Prussia Road
Radnor, PA  19087
10 | Telephone:  610/667-7706
610/667-7056 (fax)
11 |
[Proposed] Co-Lead Counsel for Plaintiffs
12 |

**E-filed
7/13/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH DOSSETT, Derivatively on Behalf of Nominal Defendant McAFEE, INC., | No. 5:06-cv-03484-JF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFFS AND CO-LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT |
| vs. | |
| DENNIS L. CLINE, et al., | |
| Defendants, | |
| – and – | |
| McAFEE, INC., | |
| Nominal Defendant. | |

[Caption continued on following page.]

1   | HEAVY & GENERAL LABORERS'              )    No. 5:06-cv-03620-JF
    | LOCALS 472 & 172 PENSION & ANNUITY    )
2   | FUNDS, Derivatively on Behalf of McAFEE, )
    | INC.,                                  )
3   |                                        )
    |                      Plaintiff,        )
4   |                                        )
    |         vs.                            )
5   |                                        )
    | GEORGE SAMENUK, et al.,                )
6   |                                        )
    |                      Defendants,       )
7   |                                        )
    |     – and –                            )
8   |                                        )
    | McAFEE, INC., a Delaware corporation,  )
9   |                                        )
    |                 Nominal Defendant.     )
10  | _____ )

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, there are two related shareholder derivative actions on behalf of nominal

2    defendant McAfee, Inc. pending before this Court:

3

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Dossett v. Cline, et al.* | 5:06-cv-03484-JF | 05/31/06 |
| *Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds v. Samenuk, et al.* | 5:06-cv-03620-JF | 06/07/06 |

6    WHEREAS, the two related *McAfee* shareholder derivative actions arise out of the same

7    transactions and occurrences and involve the same or substantially similar issues of law and fact,

8    and, therefore, should be consolidated for all purposes under Federal Rule of Civil Procedure 42(a);

9    and

10   WHEREAS, defendants take no position as to the appointment of the Heavy & General

11   Laborers' Local 472 & 172 Pension & Annuity Funds and Kenneth Dossett as Lead Plaintiffs and

12   Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Lead

13   Counsel.

14   THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through

15   their respective counsel of record, as follows:

16   **I.    CONSOLIDATION OF ACTIONS**

17   1.    The following actions are hereby consolidated for all purposes, including pretrial

18   proceedings, trial and appeal:

19

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Dossett v. Cline, et al.* | 5:06-cv-03484-JF | 05/31/06 |
| *Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds v. Samenuk, et al.* | 5:06-cv-03620-JF | 06/07/06 |

22   2.    The caption of these consolidated actions shall be "*In re McAfee, Inc. Derivative

23   Litigation*" and the files of these consolidated actions shall be maintained in one file under Master

24   File No. 5:06-cv-03484-JF.  Any other actions pending or later filed in this Court which arise

25   out of or are related to the same facts as alleged in the above-identified cases shall be consolidated

26   for all purposes, if and when they are brought to the Court's attention.

27

28

1      3.     Every pleading filed in the consolidated actions, or in any separate action included

2 herein, shall bear the following caption:

3                            UNITED STATES DISTRICT COURT

4                      NORTHERN DISTRICT OF CALIFORNIA

5                              SAN JOSE DIVISION

6 In re MCAFEE, INC. DERIVATIVE    )     Master File No. 5:06-cv-03484-JF
LITIGATION                     )
7                                   )
                                 )
8 This Document Relates To:         )

9      4.     When a pleading is intended to be applicable to all actions governed by this Order,

10 the words "All Actions" shall appear immediately after the words "This Document Relates To:" in

11 the caption set out above. When a pleading is intended to be applicable to only some, but not all, of

12 the consolidated actions, this Court's docket number for each individual action to which the pleading

13 is intended to be applicable and the abbreviated case name of said action shall appear immediately

14 after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. 5:06-cv-

15 03484-JF, *Dossett v. Cline, et al.*").

16      5.     A Master Docket and a Master File hereby are established for the above consolidated

17 proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall

18 continue to be maintained for each of the individual actions hereby consolidated, and entries shall be

19 made in the docket of each individual case in accordance with the regular procedures of the clerk of

20 this Court, except as modified by this Order.

21      6.     When a pleading is filed and the caption shows that it is applicable to "All Actions,"

22 the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No

23 further copies need be filed, and no other docket entries need be made.

24      7.     When a pleading is filed and the caption shows that it is to be applicable to fewer than

25 all of the consolidated actions, the clerk will file such pleading in the Master File only but shall

26 docket such filing on the Master Docket and the docket of each applicable action.

27

28

1    8.    When a case which properly belongs as part of *In re McAfee, Inc. Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge Fogel, the clerk of this Court shall:

(a)    Place a copy of this Order in the separate file for such action;

(b)    Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly-filed or transferred case; and

(c)    Make an appropriate entry on the Master Docket. This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re McAfee, Inc. Derivative Litigation.*

## II. APPOINTMENT OF LEAD DERIVATIVE PLAINTIFFS AND CO-LEAD DERIVATIVE COUNSEL

9.    Plaintiffs, Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds and Kenneth Dossett, shall be appointed Lead Plaintiffs.

10.    The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP shall be appointed Co-Lead Counsel for plaintiffs in the consolidated *McAfee* shareholder derivative actions.[1]

11.    Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

12.    Co-Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No

---

[1]    Defendants take no position as to the appointment of the Heavy & General Laborers' Local 472 & 172 Pension & Annuity Funds and Kenneth Dossett as Lead Plaintiffs and Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Lead Counsel.

1 | motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs

2 | except through Co-Lead Counsel.

3 |     13.    Co-Lead Counsel also shall be available and responsible for communications to and

4 | from this Court. Co-Lead Counsel shall be responsible for the creation and maintenance of a master

5 | service list of all parties and their respective counsel.

6 |     14.    Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or

7 | other duly authorized representatives of plaintiffs, and such agreements shall be binding on

8 | plaintiffs.

9 | **III.   SCHEDULE**

10 |     15.    Plaintiffs shall no later than 60 days from the entry of this Order file and serve a

11 | Consolidated Complaint which will supersede all existing complaints filed in these actions.

12 | Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of

13 | the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants,

14 | or their counsel, shall constitute sufficient service on that defendant. Service shall be effected with

15 | respect to any defendant named in any of the consolidated actions by serving the Consolidated

16 | Complaint on that defendant's counsel.

17 |     16.    Each defendant shall answer or otherwise respond to the Consolidated Complaint no

18 | later than 45 days from the date of service. In the event that defendants file and serve any motion

19 | directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days

20 | after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition,

21 | they will do so within 15 days after service of the opposition.

22 |     IT IS SO STIPULATED.

23 | DATED: July 10, 2006               LERACH COUGHLIN STOIA GELLER

24 |                                   RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS

25 |                                   TRAVIS E. DOWNS III

26 |

27 |                              s/ TRAVIS E. DOWNS III

28 |                                TRAVIS E. DOWNS III

1

2                             655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058

3                             619/231-7423 (fax)

4        *I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this*

5 *STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Sean M. Handler has concurred in this filing.*

6

7 DATED:  July 10, 2006                    SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGAR
SEAN M. HANDLER

8

9

10                                 s/ SEAN M. HANDLER
                                    SEAN M. HANDLER

11                             280 King of Prussia Road
Radnor, PA  19087

12                             Telephone:  610/667-7706
610/667-7056 (fax)

13

14                             [Proposed] Co-Lead Counsel for Plaintiffs

15                             GREEN WELLING, LLP
ROBERT S. GREEN
595 Market Street, Suite 2750

16                             San Francisco, CA  94105
Telephone: 415/477-6700

17                             415/477-6710 (fax)

18                             Attorneys for Plaintiffs

19        *I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this*

20 *STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Gregory L. Watts has concurred in this filing.*

21

22 DATED:  July 10, 2006                    WILSON SONSINI GOODRICH & ROSATI
BORIS FELDMAN
NINA F. LOCKER

23                             GREGORY L. WATTS

24

25                                 s/ GREGORY L. WATTS
                                   GREGORY L. WATTS

26

27

28

1
2    650 Page Mill Road
     Palo Alto, CA 94304
3    Telephone: 650/493-9300
     650/493-6811 (fax)

4    Counsel for Nominal Defendant McAfee, Inc.
     and Individual Defendants George Samenuk, Eric
5    F. Brown, Kevin Weiss, Leslie G. Denend,
     Robert M. Cutkowsky, Denis O'Leary, Robert
6    W. Pangia, Robert B. Bucknam, Liane Wilson,
     and Dale L. Fullers
7
                    *        *        *
8
                        **ORDER**
9
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
10
11   DATED:  ____7/12/06____
                                THE HONORABLE JEREMY FOGEL
12                              UNITED STATES DISTRICT JUDGE

13   S:\CasesSD\McAfee Derivative\STP00032444.doc
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP & [PROPOSED] ORDER CONSOL CASES, APPOINTING LEAD PLTFS & CO-LEAD
COUNSEL, & SETTING SCHEDULE FOR FILING OF CONS COMPLAINT - 5:06-cv-03484-JF      - 6 -

1

<u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that on July 10, 2006, I electronically filed the foregoing with the Clerk of

3  the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7
                                          <u>s/ TRAVIS E. DOWNS III</u>
8                                         TRAVIS E. DOWNS III

9                                         LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
10                                        655 West Broadway, Suite 1900
                                          San Diego, CA 92101
11                                        Telephone: 619/231-1058
                                          619/231-7423 (fax)
12                                        E-mail: Travisd@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-03484-JF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Clay Basser-Wall**
  cbasserwall@wsgr.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Avin P. Sharma**
  aps@classcounsel.com CAND.USCOURTS@CLASSCOUNSEL.COM

- **Gregory L. Watts**
  gwatts@wsgr.com lbeltran@wsgr.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James H Miller
Schriffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087
```

# EXHIBIT C

1

2

3

4

5

6                                                                          **E-filed 8/10/06**

7

8

9

10

11

12
                          UNITED STATES DISTRICT COURT
13
                        NORTHERN DISTRICT OF CALIFORNIA
14
                                 SAN JOSE DIVISION
15

16   HOWARD CHU, Derivatively On Behalf of      )   No. C-06-3513-JF
     Nominal Defendant RAMBUS INC.,             )
                                                )   [PROPOSED] ORDER GRANTING
17                          Plaintiff,          )   PLAINTIFFS' MOTIONS TO
                                                )   CONSOLIDATE RELATED CASES AND
18        vs.                                   )   APPOINT LEAD PLAINTIFF AND LEAD
                                                )   COUNSEL
19   HAROLD HUGHES, et al.,                     )
                                                )
20                          Defendants,         )
                                                )
21        – and –                               )
                                                )
22   RAMBUS INC.,                               )
                                                )
23                  Nominal Defendant.          )
     _____        )
24
     [Caption continued on following page.]
25

26

27

28



1    ROLAND BIBEAU, Derivatively On Behalf of)    No. C-06-3921-JF
      Nominal Defendant RAMBUS INC.,                )
2                                                    )
                              Plaintiff,             )
3                                                    )
              vs.                                    )
4                                                    )
      HAROLD HUGHES, et al.,                         )
5                                                    )
                              Defendants,            )
6                                                    )
              – and –                                )
7                                                    )
      RAMBUS INC.,                                   )
8                                                    )
                      Nominal Defendant.             )
9    _____)
      GAETANO RUGGIERI, Derivatively On        )    No. C-06-4153-RMW
10   Behalf of RAMBUS INC.,                          )
                                                     )
11                            Plaintiff,             )
                                                     )
12            vs.                                    )
                                                     )
13   HAROLD HUGHES, et al.,                          )
                                                     )
14                            Defendants,            )
                                                     )
15            – and –                                )
                                                     )
16   RAMBUS INC., a Delaware corporation,            )
                                                     )
17                    Nominal Defendant.             )
                                                     )
18

19

20

21

22

23

24

25

26

27

28

1    Motions to Consolidate Actions and Appoint Lead Plaintiff and Lead Counsel (the

2  "Motions") came on for hearing in the ordinary course. Having considered the papers submitted in

3  support of and in response to the Motions, the argument of counsel, if any, and for good cause

4  shown, the Court ORDERS as follows:

5  **I.    CONSOLIDATION OF ACTIONS**

6    1.    The following actions are hereby consolidated for all purposes, including pretrial

7  proceedings, trial and appeal:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Chu v. Hughes, et al.* | C 06-3513-JF | March 31, 2006 |
| *Bibeau v. Hughes et al.* | C 06-3921-JF | June 23, 2006 |
| *Ruggieri v. Hughes, et al.* | C 06-4153-RMW | July 5, 2006 |

11    2.    The caption of these consolidated actions shall be "*In re Rambus Inc. Derivative*

12  *Litigation*" and the files of these consolidated actions shall be maintained in one file under Master

13  File No. C-06-3513-JF. Any other actions now pending or later filed in this Court which arise out of

14  or are related to the same facts as alleged in the above-identified cases shall be consolidated for all

15  purposes, if and when they are brought to the Court's attention.

16    3.    Every pleading filed in the consolidated actions, or in any separate action included

17  herein, shall bear the following caption:

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                         SAN JOSE DIVISION

21  In re RAMBUS INC. DERIVATIVE          )    Master File No. C-06-3513-JF
22  LITIGATION                           )
                                         )
23  _____ )
    This Document Relates To:            )
24  _____ )

25    4.    When a pleading is intended to be applicable to all actions governed by this Order,

26  the words "All Actions" shall appear immediately after the words "This Document Relates To:" in

27  the caption set out above. When a pleading is intended to be applicable to only some, but not all, of

28  the consolidated actions, this Court's docket number for each individual action to which the pleading

1   is intended to be applicable and the abbreviated case name of said action shall appear immediately

2   after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. 5:06-cv-

3   03921-JF, *Bibeau v. Hughes, et al.*").

4       5.    A Master Docket and a Master File hereby are established for the above consolidated

5   proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall

6   continue to be maintained for each of the individual actions hereby consolidated, and entries shall be

7   made in the docket of each individual case in accordance with the regular procedures of the clerk of

8   this Court, except as modified by this Order.

9       6.    When a pleading is filed and the caption shows that it is applicable to "All Actions,"

10  the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No

11  further copies need be filed, and no other docket entries need be made.

12      7.    When a pleading is filed and the caption shows that it is to be applicable to fewer than

13  all of the consolidated actions, the clerk will file such pleading in the Master File only but shall

14  docket such filing on the Master Docket and the docket of each applicable action.

15      8.    When a case which properly belongs as part of *In re Rambus Inc. Derivative*

16  *Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge

17  Fogel, the clerk of this Court shall:

18          (a)    Place a copy of this Order in the separate file for such action;

19          (b)    Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a

20  copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or

21  their counsel in the newly-filed or transferred case; and

22          (c)    Make an appropriate entry on the Master Docket. This Court requests the

23  assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any

24  case which properly might be consolidated as part of *In re Rambus Inc. Derivative Litigation*.

25  **II.    APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL**

26      9.    Plaintiffs Howard Chu and Gaetano Ruggieri shall be appointed Lead Plaintiffs.

27

28

1    10.    The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and

2    Schiffrin & Barroway, LLP shall be appointed Lead Counsel for plaintiffs in the consolidated

3    Rambus shareholder derivative actions.

4    11.    Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial

5    and trial procedure and settlement negotiations, and shall make all work assignments in such manner

6    as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or

7    unproductive effort.

8    12.    Lead Counsel shall be responsible for coordination of all activities and appearances

9    on behalf of plaintiffs and for the dissemination of notices and orders of this Court.  No motion,

10    request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs except

11    through Lead Counsel.

12    13.    Lead Counsel also shall be available and responsible for communications to and from

13    this Court. Lead Counsel shall be responsible for the creation and maintenance of a master service

14    list of all parties and their respective counsel.

15    14.    Defendants' counsel may rely upon all agreements made with Lead Counsel, or other

16    duly authorized representatives of plaintiffs, and such agreements shall be binding on plaintiffs.

17    **III.    SCHEDULE**

18    15.    Plaintiffs shall no later than 45 days from the entry of this Order file and serve a

19    Consolidated Complaint which will supersede all existing complaints filed in these actions.

20    Defendants need not respond to any of the pre-existing complaints.  Service, pursuant to Rule 4 of

21    the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants,

22    or their counsel, shall constitute sufficient service on that defendant.  Service shall be effected with

23    respect to any defendant named in any of the consolidated actions by serving the Consolidated

24    Complaint on that defendant's counsel.

25    16.    Each defendant shall answer or otherwise respond to the Consolidated Complaint no

26    later than 45 days from the date of service.  In the event that defendants file and serve any motion

27    directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days

28

1 | after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition,

2 | they will do so within 15 days after service of the opposition.

3 |       IT IS SO ORDERED.

4 |

DATED:    8/9/06

5 |                                   THE HONORABLE JEREMY FOGEL
                                   UNITED STATES DISTRICT JUDGE

6 |

Submitted by:

7 |

LERACH COUGHLIN STOIA GELLER
8 |   RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
9 | TRAVIS E. DOWNS III
BENNY C. GOODMAN III
10 | THOMAS G. WILHELM

11 |

       s/ TRAVIS E. DOWNS III
12 |       TRAVIS E. DOWNS III

13 | 655 West Broadway, Suite 1900
San Diego, CA  92101
14 | Telephone:  619/231-1058
619/231-7423 (fax)

15 |

LERACH COUGHLIN STOIA GELLER
16 |   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
17 | 100 Pine Street, Suite 2600
San Francisco, CA  94111
18 | Telephone:  415/288-4545
415/288-4534 (fax)

19 |

SCHIFFRIN & BARROWAY, LLP
20 | ERIC L. ZAGER
SEAN M. HANDLER
21 | 280 King of Prussia Road
Radnor, PA  19087
22 | Telephone:  610/667-7706
610/667-7056 (fax)

23 |

[Proposed] Lead Counsel for Plaintiffs

24 | S:\CasesSD\Rambus Derivative\ORD 00033487 (Non_Opp).doc

25 |

26 |

27 |

28 |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTIONS TO CONSOLIDATE
RELATED CASES &APPOINT LEAD PLAINTIFF AND LEAD COUNSEL - C-06-3513-JF        - 4 -

1

CERTIFICATE OF SERVICE

2          I hereby certify that on August 2, 2006, I electronically filed the foregoing with the Clerk of

3   the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7

8                                   s/ TRAVIS E. DOWNS III
                                    TRAVIS E. DOWNS III

9                                   LERACH COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
10                                  655 West Broadway, Suite 1900
                                    San Diego, CA  92101
11                                  Telephone:  619/231-1058
                                    619/231-7423 (fax)
12                                  E-mail: travisd@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-03513-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrice L. Bishop**
  service@ssbla.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Randolph Gaw**
  rgaw@wsgr.com lmontoya@wsgr.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Sean M. Handler, Esq**
  ecf_filings@sbclasslaw.com nwortman@sbclasslaw.com

- **Todd Mosser**
  tmosser@sbclasslaw.com dpotts@sbclasslaw.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# EXHIBIT D

1  LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   MARIA V. MORRIS (223903)
3  MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   shawnw@lerachlaw.com
6  mariam@lerachlaw.com
   moniquew@lerachlaw.com
7     – and –
   TRAVIS E. DOWNS III (148274)
8  BENNY C. GOODMAN III (211302)
   THOMAS G. WILHELM (234980)
9  655 West Broadway, Suite 1900
   San Diego, CA  92101
10  Telephone:  619-231-1058
   619/231-7423 (fax)
11  travisd@lerachlaw.com
   bennyg@lerachlaw.com
12  twilhelm@lerachlaw.com

13  Attorneys for Plaintiff

**\*\*E-filed 8/31/06\*\***

14           UNITED STATES DISTRICT COURT

15         NORTHERN DISTRICT OF CALIFORNIA

16             SAN JOSE DIVISION

17  WILLIAM HERGOTZ, Derivatively on Behalf)   No. C-06-3783-JF
   of Nominal Defendant SANMINA-SCI       )
18  CORPORATION,                            )  STIPULATION AND [~~PROPOSED~~] ORDER
                                          )  CONSOLIDATING CASES FOR ALL
19            Plaintiff,  )  PURPOSES, APPOINTING LEAD
                                          )  PLAINTIFFS AND CO-LEAD COUNSEL
20     vs.                                 )  AND SETTING SCHEDULE FOR FILING
                                          )  OF CONSOLIDATED COMPLAINT
21  JURE SOLA, et al.,                      )
                                          )
22           Defendants,    )
                                          )
23     – and –                             )
                                          )
24  SANMINA-SCI CORPORATION,                )
                                          )
25        Nominal Defendant.    )

26
   [Caption continued on following page.]
27

28



1  KENNETH SAUNDERS, Derivatively on          )   No. C-06-03804-JF(HRL)
   Behalf of Nominal Defendant SANMINA-SCI  )
2  CORPORATION,                                            )
                                                                      )
3                                     Plaintiff,              )
                                                                      )
4          vs.                                                    )
                                                                      )
5  JURE SOLA, et al.,                                     )
                                                                      )
6                                     Defendants,         )
                                                                      )
7          – and –                                            )
                                                                      )
8  SANMINA-SCI CORPORATION,                  )
                                                                      )
9                           Nominal Defendant.         )
                                                                      )
10 WOLLASTON G. MORIN, IN THE RIGHT    )   No. C-06-04260-RMW(HRL)
   OF AND FOR THE BENEFIT OF               )
11 SANMINA-SCI CORPORATION,                  )
                                                                      )
12                                    Plaintiff,              )
                                                                      )
13         vs.                                                    )
                                                                      )
14 JURE SOLA, et al.,                                     )
                                                                      )
15                                    Defendants,         )
                                                                      )
16         – and –                                            )
                                                                      )
17 SANMINA-SCI CORPORATION,                  )
                                                                      )
18                          Nominal Defendant.         )
                                                                      )

19

   [Caption continued on following page.]

20

21

22

23

24

25

26

27

28



1 | ALASKA ELECTRICAL PENSION FUND,   )   No. C-06-4389-JW(HRL)
  | Derivatively on Behalf of SANMINA-SCI   )
2 | CORPORATION,   )
  |   )
3 |                              Plaintiff,   )
  |   )
4 |      vs.   )
  |   )
5 | JURE SOLA, et al.,   )
  |   )
6 |                              Defendants,   )
  |   )
7 |      – and –   )
  |   )
8 | SANMINA-SCI CORPORATION, a Delaware )
  | corporation,   )
9 |   )
  |                 Nominal Defendant.   )
10 |   )
   |_____)
11 | WILLIAM A. HALLETT, JR., et al.,   )   No. C-06-04494-PVT
   | Derivatively on Behalf of SANMINA-SCI   )
   | CORPORATION,   )
12 |   )
13 |                              Plaintiffs,   )
   |   )
14 |      vs.   )
   |   )
15 | JURE SOLA, et al.,   )
   |   )
16 |                              Defendants,   )
   |   )
17 |      – and –   )
   |   )
18 | SANMINA-SCI CORPORATION, a Delaware )
   | corporation,   )
19 |   )
   |                 Nominal Defendant.   )
20 |_____)

1    WHEREAS, there are five related shareholder derivative actions on behalf of Nominal

2  Defendant Sanmina-SCI Corporation ("Sanmina") pending in this district:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Hergotz v. Jure Sola, et al.* | C-06-03783-JF | June 15, 2006 |
| *Saunders v. Jure Sola, et al.* | C-06-03804-JF | June 16, 2006 |
| *Morin v. Jure Sola, et al.* | C-06-04260-RMW | July 11, 2006 |
| *Alaska Electrical Pension Fund v. Jure Sola, et al.* | C-06-04389-JW | July 18, 2006 |
| *Hallett, et al. v. Jure Sola, et al.* | C-06-04494-PVT | July 24, 2006 |

9    WHEREAS, the five related shareholder derivative actions arise out of the same transactions

10  and occurrences and involve the same or substantially similar issues of law and fact, and, therefore,

11  should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

12    WHEREAS, on August 4, 2006, Alaska Electrical Pension Fund and Helen G. McGowan

13  filed a Notice of Motion and Motion Consolidating Cases and for the Appointment of Lead

14  Plaintiffs, with its selection of Lerach Coughlin Stoia Geller Rudman & Robbin LLP as Lead

15  Counsel;

16    WHEREAS, on August 4, 2006, William Hergotz and Kenneth Saunders filed a Notice of

17  Motion and Motion to Consolidate Related Shareholder Actions and Appoint Lead Plaintiffs, Co-

18  Lead Counsel and Liaison Counsel, selecting the law firms of Schiffrin & Barroway, LLP and

19  Brodsky & Smith, LLC as Co-Lead Counsel;

20    WHEREAS, Nominal Defendant Sanmina takes no position as to the appointment of the

21  Alaska Electrical Pension Fund and William Hergotz as Lead Plaintiffs and Lerach Coughlin Stoia

22  Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Co-Lead Counsel;

23    WHEREAS, after meeting and conferring, all Lead Plaintiff applicants agree that Alaska

24  Electrical Pension Fund and William Hergotz should be appointed Lead Plaintiffs and Lerach

25  Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP should be appointed

26  Co-Lead Counsel;

27

28

1      WHEREAS, counsel for plaintiffs and Nominal Defendant Sanmina have met and conferred

2 and have agreed to a schedule for filing a Consolidated Complaint and for briefing any motion

3 directed at the Consolidated Complaint; and

4      WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial

5 efficiency, and will not cause prejudice to any party.

6      THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and Nominal Defendant

7 Sanmina, through their respective counsel of record, as follows:

8 **I.     CONSOLIDATION OF ACTIONS**

9      1.     The following actions are hereby consolidated for all purposes, including pretrial

10 proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Hergotz v. Jure Sola, et al.* | C-06-03783-JF | June 15, 2006 |
| *Saunders v. Jure Sola, et al.* | C-06-03804-JF | June 16, 2006 |
| *Morin v. Jure Sola, et al.* | C-06-04260-RMW | July 11, 2006 |
| *Alaska Electrical Pension Fund v. Jure Sola, et al.* | C-06-04389-JW | July 18, 2006 |
| *Hallett, et al. v. Jure Sola, et al.* | C-06-04494-PVT | July 24, 2006 |

17      2.     The caption of these consolidated actions shall be "*In re Sanmina-SCI Corp.*

18 *Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file

19 under Master File No. C-06-03783-JF. Any other actions now pending or later filed in this Court

20 which arise out of or are related to the same facts as alleged in the above-identified cases shall be

21 consolidated for all purposes, if and when they are brought to the Court's attention.

22      3.     Every pleading filed in the consolidated actions, or in any separate action included

23 herein, shall bear the following caption:

24

25

26

27

28

1               UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

| | | |
|---|---|---|
| In re SANMINA-SCI CORP. DERIVATIVE LITIGATION | ) ) ) ) ) ) ) | Master File No. C-06-03783-JF |
| This Document Relates To: | | |

4.    When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. C-06-04389-JW, *Alaska Electrical Pension Fund v. Jure Sola, et al.*").

5.    A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6.    When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

7.    When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

8.    When a case which properly belongs as part of *In re Sanmina-SCI Corp. Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge Fogel, the clerk of this Court shall:

1           (a)     Place a copy of this Order in the separate file for such action;

2           (b)     Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a

3 copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or

4 their counsel in the newly-filed or transferred case; and

5           (c)     Make an appropriate entry on the Master Docket. This Court requests the

6 assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any

7 case which properly might be consolidated as part of *In re Sanmina-SCI Corp. Derivative Litigation.*

8 **II.     APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL**

9      9.     Plaintiffs Alaska Electrical Pension Fund and William Hergotz shall be appointed

10 Lead Plaintiffs.

11      10.     The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and

12 Schiffrin & Barroway, LLP shall be appointed Co-Lead Counsel for plaintiffs in the consolidated

13 *Sanmina* shareholder derivative actions.[1]

14      11.     Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding

15 pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such

16 manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative

17 or unproductive effort.

18      12.     Co-Lead Counsel shall be responsible for coordination of all activities and

19 appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No

20 motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs

21 except through Co-Lead Counsel.

22      13.     Co-Lead Counsel also shall be available and responsible for communications to and

23 from this Court. Co-Lead Counsel shall be responsible for the creation and maintenance of a master

24 service list of all parties and their respective counsel.

25

26 [1]     Nominal Defendant Sanmina takes no position as to the appointment of the Alaska Electrical

27 Pension Fund and William Hergotz as Lead Plaintiffs and Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Co-Lead Counsel.

28

1        14.    Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or

2    other duly authorized representatives of plaintiffs, and such agreements shall be binding on

3    plaintiffs.

4    **III.    SCHEDULE**

5        15.    Plaintiffs shall no later than 60 days from the entry of this Order file and serve a

6    Consolidated Complaint which will supersede all existing complaints filed in these actions.

7    Defendants need not respond to any of the pre-existing complaints.  Service shall be effected with

8    respect to Nominal Defendant Sanmina by serving the Consolidated Complaint on counsel for

9    Nominal Defendant Sanmina.

10        16.    Nominal Defendant Sanmina shall answer or otherwise respond to the Consolidated

11    Complaint no later than 45 days from the date of service.  In the event that Nominal Defendant

12    Sanmina files and serves any motion directed at the Consolidated Complaint, plaintiffs shall file and

13    serve their opposition within 45 days after the service of the motion.  If Nominal Defendant Sanmina

14    files and serves a reply to plaintiffs' opposition, it will do so within 15 days after service of the

15    opposition.

16        IT IS SO STIPULATED.

17    DATED:  August 18, 2006            LERACH COUGHLIN STOIA GELLER
                                   RUDMAN & ROBBINS LLP

18                                     SHAWN A. WILLIAMS
                                 MARIA V. MORRIS

19                                     MONIQUE C. WINKLER

20                                              /s/
                               MONIQUE C. WINKLER

21

22                                   100 Pine Street, Suite 2600
                               San Francisco, CA  94111
                               Telephone: 415/288-4545

23                                   415/288-4534 (fax)

24

25

26

27

28

1
2
3
4
5
6

                                        LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
                                        TRAVIS E. DOWNS III
                                        BENNY C. GOODMAN III
                                        THOMAS G. WILHELM
                                        655 West Broadway, Suite 1900
                                        San Diego, CA 92101
                                        Telephone: 619/231-1058
                                        619/231-7423 (fax)

                                        [Proposed] Co-Lead Counsel for Plaintiffs

7       I, Monique C. Winkler, am the ECF User whose ID and password are being used to file

8
9    this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B.,

10   I hereby attest that ROBIN WINCHESTER have concurred in this filing.

11   DATED: August 18, 2006                 SCHIFFRIN & BARROWAY, LLP
                                            ERIC L. ZAGAR
12                                          SEAN M. HANDLER
                                            ROBIN WINCHESTER
13
                                                        /s/
14                                          _____
                                                 ROBIN WINCHESTER
15
                                            280 King of Prussia Road
16                                          Radnor, PA 19087
                                            Telephone: 610/667-7706
17                                          610/667-7056 (fax)

                                            [Proposed] Co-Lead Counsel for Plaintiffs
18
19      I, Monique C. Winkler, am the ECF User whose ID and password are being used to file

20   this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B.,

21   I hereby attest that EVAN J. SMITH have concurred in this filing.

22
23   DATED: August 18, 2006                 BRODSKY & SMITH, LLC
                                            EVAN J. SMITH
24
                                                        /s/
                                            _____
25                                               EVAN J. SMITH

26
27
28

1

2                               9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: 310/300-8425

3                               310/247-0160 (fax)

4                               Counsel for Plaintiff Saunders

5        I, Monique C. Winkler, am the ECF User whose ID and password are being used to file

6  this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B.,

7  I hereby attest that BETSY C. MANIFOLD have concurred in this filing.

8  DATED:  August 18, 2006               WOLF HALDENSTEIN ADLER FREEMAN &
9                               HERZ LLP
BETSY C. MANIFOLD

10

11                                     /s/
                               BETSY C. MANIFOLD

12                               Symphony Towers
750 B. Street, Suite 2770
13                               San Diego, CA 92101
Telephone: 619/239-4599
14                               619/234-4599 (fax)

15                               Counsel for Plaintiff Morin

16        I, Monique C. Winkler, am the ECF User whose ID and password are being used to file

17  this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B.,

18  I hereby attest that NORMAN J. BLEARS have concurred in this filing.

19  DATED:  August 18, 2006               HELLER EHRMAN LLP
20                               NORMAN J. BLEARS
MICHAEL L. CHARLSON
21                               NICOLE M. RYAN

22

23                                     /s/
                               NORMAN J. BLEARS

24

25

26

27

28

1

2    275 Middlefield Road
     Menlo Park, CA  94025
     Telephone:  650/324-7000
3    650/324-0638 (fax)

4    Counsel for Nominal Defendant Sanmina-SCI
     Corporation

5
                          *        *        *
6
                             **O R D E R**
7
         PURSUANT TO STIPULATION, IT IS SO ORDERED.
8

9    DATED: _____8/31/06_____

10                          THE HONORABLE JEREMY FOGEL
                            UNITED STATES DISTRICT JUDGE
11   T:\casesSF\sanmina\STP00033927.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND [PROP] ORDER CONS CASES FOR ALL PURPOSES, APPTG LEAD PLTFS AND CO-
LEAD COUNSEL AND SET SCHED FOR FILING OF CONS COMPLAINT - C-06-3783-JF        - 8 -

1  <u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of

3  the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7

                                                /s/

8                                     MONIQUE C. WINKLER

9                                     LERACH COUGHLIN STOIA GELLER
                                     RUDMAN & ROBBINS LLP
10                                    100 Pine Street, Suite 2600
                                   San Francisco, CA 94111
11                                    Telephone: 415/288-4545
                                   415/288-4534 (fax)
12                                    E-mail: moniquew@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-03783-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael L. Charlson**
  michael.charlson@hellerehrman.com
  susan.griffinpreston@hellerehrman.com;karen.strong@hellerehrman.com;jennifer.cygnor@hellere

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Betsy C. Manifold**
  manifold@whafh.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;MariaM@lerachlaw.com;MoniqueW@lerach

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sandra G Smith
Schiffrin & Barroway LLP
280 King of Purssia Rd
Rannor, PA 19087
```

# EXHIBIT E

**E-filed 9/6/06**

1  LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
2  WILLIAM S. LERACH (68581)
   DARREN J. ROBBINS (168593)
3  TRAVIS E. DOWNS III (148274)
   655 West Broadway, Suite 1900
4  San Diego, CA 92101
   Telephone: 619/231-1058
5  619/231-7423 (fax)
   bill@lerachlaw.com
6  darrenr@lerachlaw.com
   travisd@lerachlaw.com
7      – and –
   SHAWN A. WILLIAMS (213113)
8  MARIA V. MORRIS (223903)
   MONIQUE C. WINKLER (213031)
9  100 Pine Street, Suite 2600
   San Francisco, CA 94111
10 Telephone: 415/288-4545
   415/288-4534 (fax)
11 swilliams@lerachlaw.com
   mariam@lerachlaw.com
12 moniquew@lerachlaw.com

13 SCHIFFRIN & BARROWAY, LLP
   ERIC L. ZAGAR
14 SEAN M. HANDLER
   280 King of Prussia Road
15 Radnor, PA 19087
   Telephone: 610/667-7706
16 610/667-7056 (fax)
   ezagar@sbclasslaw.com
17 shandler@sbclasslaw.com

18

19 [Proposed] Co-Lead Counsel for Plaintiffs

20              UNITED STATES DISTRICT COURT

21             NORTHERN DISTRICT OF CALIFORNIA

22                    SAN JOSE DIVISION

23 VIKEN KALINDJIAN, Derivatively on Behalf )   No. C-06-3440-JF
   of Nominal Defendant TRIDENT           )
24 MICROSYSTEMS, INC.                      )   STIPULATION AND [PROPOSED] ORDER
                                           )   CONSOLIDATING CASES FOR ALL
25                    Plaintiff,            )   PURPOSES, APPOINTING LEAD
                                           )   PLAINTIFFS AND CO-LEAD COUNSEL
26        vs.                              )   AND SETTING SCHEDULE FOR FILING
                                           )   OF CONSOLIDATED COMPLAINT
27 GLEN M. ANTLE, JUNG-HERNG CHANG, )
   YASUSHI CHIKAGAMI, PETER JEN,          )
28 FRANK C. LIN, GERRY LIU, JOHN LUKE, )

1  AMIR MASHKOORI, MILLARD PHELPS,    )
   and W. STEPHEN ROWE,               )
2                                     )
                   Defendants,        )
3                                     )
      – and –                         )
4                                     )
   TRIDENT MICROSYSTEMS, INC.,        )
5                                     )
                   Nominal Defendant. )
6  _____)

7

8  TO BE CONSOLIDATED WITH

   GERALD W. KEENEY, Derivatively on  )    No. C-06-4329-JF
9  Behalf of TRIDENT MICROSYSYSTEMS,  )
   INC.,                              )
10                                    )
                   Plaintiff,         )
11                                    )
      vs.                             )
12                                    )
   FRANK C. LIN, PETER JEN, JOHN S.   )
13 EDMUNDS, JUNG-HERNG CHANG,         )
   YASUSHI CHIKAGAMI, MILLARD         )
14 PHELPS, GLEN M. ANTLE and JOHN     )
   LUKE,                              )
15                                    )
                   Defendants,        )
16                                    )
      – and –                         )
17                                    )
   TRIDENT MICROSYSTEMS, INC., a      )
18 Delaware corporation,              )
                                      )
19                 Nominal Defendant. )

20 _____

21     WHEREAS, there are two related shareholder derivative actions on behalf of Nominal

22 Defendant Trident Microsystems, Inc. pending before this Court:

   | Abbreviated Case Name      | Case Number  | Date Filed |
23 |----------------------------|--------------|------------|
   | *Kalindjian v. Antle, et al.* | C-06-3440-JF | 05/26/06   |
24 | *Keeney v. Lin, et al.*    | C-06-4329-JF | 07/14/06   |

25     WHEREAS, the two related *Trident Microsystems* shareholder derivative actions arise out of

26 the same transactions and occurrences and involve the same or substantially similar issues of law and

27 fact, and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a).

28

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF         - 2 -

1    WHEREAS, plaintiffs and defendants agree that any other actions filed in or transferred to

2  this Court which arise out of or relate to the same facts as alleged in the above-referenced actions

3  should be consolidated for all purposes under Fed. R. Civ. P. 42(a).

4    WHEREAS, plaintiffs and defendants agree that judicial economy will be served by the entry

5  of a schedule for the filing of answers or other responses to the Consolidated Complaint.

6    THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through

7  their respective counsel of record, as follows:

8  **I.    CONSOLIDATION OF ACTIONS**

9    1.    The following actions are hereby consolidated for all purposes, including pretrial

10  proceedings, trial and appeal:

11

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Kalindjian v. Antle, et al.* | C-06-3440-JF | 05/26/06 |
| *Keeney v. Lin, et al.* | C-06-4329-JF | 07/14/06 |

    2.    The caption of these consolidated actions shall be "*In re Trident Microsystems, Inc.*

*Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file

under Master File No. C-06-3440-JF.  Any other actions now pending or later filed in this Court

which arise out of or are related to the same facts as alleged in the above-identified cases shall be

consolidated for all purposes, if and when they are brought to the Court's attention.

    3.    Every pleading filed in the consolidated actions, or in any separate action included

herein, shall bear the following caption:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re TRIDENT MICROSYSTEMS,
Inc., DERIVATIVE LITIGATION

_____

This Document Relates To:

)
)
)
)
)
)
)
)

Master File No. C-06-3440-JF

4.    When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To": in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To": in the caption described above (*e.g.*, "No. C-06-3440-JF, *Kalindjian v. Antle, et al.*").

5.    A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6.    When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

7.    When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

8.   When a case which properly belongs as part of *In re Trident Microsystems, Inc.*
*Derivative Litigation* is filed in this Court or transferred to this Court from another court, the clerk of
this Court shall:

(a)   Place a copy of this Order in the separate file for such action;

(b)   Mail to the attorneys for the plaintiff(s) in the newly filed or transferred case a
copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or
their counsel in the newly filed or transferred case; and

(c)   Make an appropriate entry on the Master Docket.  This Court requests the
assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any
case which properly might be consolidated as part of *In re Trident Microsystems, Inc. Derivative
Litigation.*

**II.    APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL**

It is further stipulated by plaintiffs only that:

9.   Plaintiffs, Viken Kalindjian and Gerald W. Keeney shall be appointed Lead Plaintiffs.

10.   The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and
Schiffrin & Barroway, LLP shall be appointed Co-Lead Counsel for plaintiffs in the consolidated
*Trident Microsystems* shareholder derivative actions.

11.   Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding
pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such
manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative
or unproductive effort.

12.   Co-Lead Counsel shall be responsible for coordination of all activities and
appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No

1  motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs

2  except through Co-Lead Counsel.

3        13.    Co-Lead Counsel also shall be available and responsible for communications to and

4  from this Court. Co-Lead Counsel shall be responsible for the creation and maintenance of a master

5
   service list of all parties and their respective counsel.
6

7        14.    Defendants take no position on the appointment of Lead Plaintiffs or Co-Lead

8  Counsel.

9        15.    Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or

10 other duly authorized representatives of plaintiffs, and such agreements shall be binding on

11 plaintiffs.

12
   **III.    SCHEDULE**
13

14       16.    Plaintiffs shall have 60 days from the entry of this Order to file and serve a

15 Consolidated Complaint which will supersede all existing complaints filed in these actions.

16 Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of

17 the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants,

18 or their counsel, shall constitute sufficient service on that defendant. Service shall be effected with

19 respect to any defendant named in any of the consolidated actions by serving the Consolidated

20 Complaint on that defendant's counsel.
21

22       17.    Each defendant shall answer or otherwise respond to the Consolidated Complaint no

23 later than 45 days from the date of service. In the event that defendants file and serve any motion

24 directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days

25

26

27

28

1   after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition,

2   they will do so within 15 days after service of the opposition.

3   DATED:  August 31, 2006                LERACH COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
4                                          SHAWN A. WILLIAMS
                                           MARIA V. MORRIS
5                                          MONIQUE C. WINKLER

6

7                                                        /s/
                                           _____
8                                                MONIQUE C. WINKLER

9                                          100 Pine Street, Suite 2600
                                           San Francisco, CA  94111
10                                         Telephone:  415/288-4545
                                           415/288-4534 (fax)
11
                                           LERACH COUGHLIN STOIA GELLER
12                                            RUDMAN & ROBBINS LLP
                                           WILLIAM S. LERACH (68581)
13                                         DARREN J. ROBBINS (168593)
                                           TRAVIS E. DOWNS III (148274)
14                                         655 West Broadway, Suite 1900
                                           San Diego, CA  92101
15                                         Telephone:  619/231-1058
                                           619/231-7423 (fax)
16
                                           [Proposed] Co-Lead Counsel for Plaintiffs
17
18          I, MONIQUE C. WINKLER, am the ECF User whose ID and password are being used to

19   file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45,

20   X.B., I hereby attest that ROBIN WINCHESTER have concurred in this filing.

21

22   DATED:  August 31, 2006                SCHIFFRIN & BARROWAY, LLP
                                           SEAN M. HANDLER
23                                         ROBIN WINCHESTER

24
                                                         /s/
25                                         _____
                                                 ROBIN WINCHESTER
26
                                           280 King of Prussia Road
27                                         Radnor, PA  19087
                                           Telephone:  610/667-7706
28                                         610/667-7056 (fax)

1   after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition,

2   they will do so within 15 days after service of the opposition.

3   DATED: August ___, 2006      LERACH COUGHLIN STOIA GELLER

4                                                    RUDMAN & ROBBINS LLP
                                                   SHAWN A. WILLIAMS

5                                                    MARIA V. MORRIS
                                                   MONIQUE C. WINKLER

6

7

8                                                          MONIQUE C. WINKLER

9                                         100 Pine Street, Suite 2600
                                        San Francisco, CA 94111

10                                        Telephone: 415/288-4545
                                       415/288-4534 (fax)

11

12                                         LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
                                       WILLIAM S. LERACH (68581)

13                                        DARREN J. ROBBINS (168593)
                                       TRAVIS E. DOWNS III (148274)

14                                        655 West Broadway, Suite 1900
                                       San Diego, CA 92101

15                                        Telephone: 619/231-1058
                                       619/231-7423 (fax)

16

17                                        [Proposed] Co-Lead Counsel for Plaintiffs

18   DATED: August ___, 2006      SCHIFFRIN & BARROWAY, LLP
                                                   SEAN M. HANDLER

19                                         ROBIN WINCHESTER

20

21                                                       ROBIN WINCHESTER

22                                        280 King of Prussia Road
                                       Radnor, PA 19087

23                                        Telephone: 610/667-7706
                                       610/667-7056 (fax)

24                                        [Proposed] Co-Lead Counsel for Plaintiffs

25   DATED: August 2?, 2006      SHEARMAN & STERLING LLP
                                                      JEFFREY S. FACTER

26

27

28                                                    JEFFREY S. FACTER

1

2    525 Market Street
     San Francisco, CA 94105
     Telephone: 415/616-1100
3    415/616-1199 (fax)

4    Counsel for Defendant Frank C. Lin

5    DATED: August 30, 2006    HOWARD RICE NEMEROVSKI CANADY
                                FALK & RABKIN, A Professional Corporation
6                               SARAH A. GOOD
                                JIN H. KIM
7

8                               _____
                                      JIN H. KIM
9

10                              Three Embarcadero Center, Seventh Floor,
                                San Francisco, CA 94111-4024
                                Telephone: 415/434-1600
11                              415/217-5910 (fax)

12
                                Counsel for Defendants Glen M. Antle, Jung-
13                              Herng Chang, Yasushi Chikagami, Peter Jen,
                                Gerry Liu, John Luke, Amir Mashkoori, Millard
14                              Phelps, and W. Steven Rowe

15   DATED: August__,2006       PILLSBURY WINTHROP SHAW
                                PITTMAN, LLP
16                              CHARLES J. LANDY
                                WALTER J. ROBINSON
17                              THOMAS G. ALLEN

18
                                _____
19                                    WALTER J. ROBINSON

20                              2475 Hanover Street
                                Palo Alto, CA 94304-1114
                                Telephone: 650/233-4500
21                              650/233-4545 (fax)

22                              PILLSBURY WINTHROP SHAW
                                PITTMAN, LLP
23                              CHARLES J. LANDY
                                THOMAS G. ALLEN
24                              2300 N Street N.W.
                                Washington D.C. 20037
25                              Telephone: 202/663-8000
                                202/663-8007 (fax)
26

27                              Counsel for Defendant John S. Edmunds

28

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF    - 8 -

1
2       525 Market Street
        San Francisco, CA 94105
3       Telephone: 415/616-1100
        415/616-1199 (fax)
4
        Counsel for Defendant Frank C. Lin
5  DATED: August __, 2006        HOWARD RICE NEMEROVSKI CANADY
                                 FALK & RABKIN, A Professional Corporation
6                                SARAH A. GOOD
                                 JIN H. KIM
7
8       _____
9                        JIN H. KIM
10      Three Embarcadero Center, Seventh Floor,
        San Francisco, CA 94111-4024
11      Telephone: 415/434-1600
        415/217-5910 (fax)
12
        Counsel for Defendants Glen M. Antle, Jung-
13      Herng Chang, Yasushi Chikagami, Peter Jen,
        Gerry Liu, John Luke, Amir Mashkoori, Millard
14      Phelps, and W. Steven Rowe
15  DATED: August 29, 2006        PILLSBURY WINTHROP SHAW
                                  PITTMAN, LLP
16                                CHARLES J. LANDY
                                  WALTER J. ROBINSON
17                                THOMAS G. ALLEN
18      _____
19                       WALTER J. ROBINSON
20      2475 Hanover Street
        Palo Alto, CA 94304-1114
21      Telephone: 650/233-4500
        650/233-4545 (fax)
22
        PILLSBURY WINTHROP SHAW
23      PITTMAN, LLP
        CHARLES J. LANDY
24      THOMAS G. ALLEN
        2300 N Street N.W.
25      Washington D.C. 20037
        Telephone: 202/663-8000
26      202/663-8007 (fax)
27      Counsel for Defendant John S. Edmunds
28

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF        - 8 -

1   DATED:  August 31, 2006          DLA PIPER RUDNICK GRAY CARY
                                     SHIRLI FABBRI WEISS
2                                    DAVID F. GROSS

3                                    _____
                                            DAVID F. GROSS
4

5

6                                    153 Townsend Street, Suite 800
                                     San Francisco, CA 94107
7                                    Telephone: 415/836-2562
                                     415/836-2501 (fax)

8                                    Counsel for Nominal Defendant Trident
                                     Microsystems, Inc.
9

10                          *        *        *

11                               O R D E R

12       PURSUAT TO STIPULATION, IT IS SO ORDERED.

13   DATED:  _____9/5/06_____
                                     _____
14                                   THE HONORABLE JEREMY FOGEL
                                     UNITED STATES DISTRICT JUDGE
15
     t:\casessf\trident deriv\stip00033423.doc
16

17

18

19

20

21

22

23

24

25

26

27

28

     STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
     & CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF        - 9 -

1                           <u>CERTIFICATE OF SERVICE</u>

2         I hereby certify that on August 31, 2006, I electronically filed the foregoing with the Clerk of

3  the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7

8                                     <u>/s/ Monique C. Winkler</u>
                                   MONIQUE C. WINKLER

9                           LERACH COUGHLIN STOIA GELLER
                            RUDMAN & ROBBINS LLP

10                       100 Pine Street, Suite 2600
                     San Francisco, CA 94111

11                       Telephone: 415/288-4545
                     415/288-4534 (fax)

12                       E-mail: moniquew@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28