LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
JOHN K. GRANT (169813)
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
johng@lerachlaw.com
shawnw@lerachlaw.com
mwinkler@lerachlaw.com
abaig@lerachlaw.com

[Proposed] Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of SONIC SOLUTIONS, <br><br>        Plaintiff, <br><br>    vs. <br><br>ROBERT J. DORIS, et al., <br><br>        Defendants, <br><br>    – and – <br><br>SONIC SOLUTIONS, a California corporation, <br><br>        Nominal Defendant. | No. C-07-1500-CW <br><br>REPLY IN SUPPORT OF MOTION TO CONSOLIDATE ACTIONS AND TO APPOINT SAMMY K. DOOLITTLE AND RALPH D. WILDER LEAD PLAINTIFFS AND APPOINT LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP LEAD COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF <br><br>DATE:     August 2, 2007 <br>TIME:     2:00 p.m. <br>COURTRM: The Honorable Claudia Wilken |

[Caption continued on following page.]

| | |
|---|---|
| ANDREW WALTER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br><br>  Plaintiff,<br><br>  vs.<br><br>ROBERT J. DORIS, et al.,<br><br>  Defendants,<br><br>– and –<br><br>SONIC SOLUTIONS,<br><br>  Nominal Defendant. | Case No. C-07-02344-CW |
| JAMES FORSETH, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br><br>  Plaintiff,<br><br>  vs.<br><br>ROBERT J. DORIS, et al.,<br><br>  Defendants,<br><br>– and –<br><br>SONIC SOLUTIONS,<br><br>  Nominal Defendant. | Case No. C-07-03178-CW |
| SAMMY K. DOOLITTLE, Derivatively on Behalf of SONIC SOLUTIONS,<br><br>  Plaintiff,<br><br>  vs.<br><br>ROBERT J. DORIS, et al.,<br><br>  Defendants,<br><br>– and –<br><br>SONIC SOLUTIONS,<br><br>  Nominal Defendant. | Case No. C-07-03361-CW |

**I.     INTRODUCTION**

This matter is a derivative shareholder brought on behalf of Sonic Solutions ("Sonic") by Sonic shareholders. The initial complaint was filed by Ralph D. Wilder ("Wilder") on March 15, 2007. Six weeks later, on April 30, 2007, Andrew Walter ("Walter") brought a follow-on action. The complaints allege that Sonic's officers and directors improperly caused Sonic to grant mis-dated stock options, resulting in a dissipation of Sonic's assets. Two additional actions have since been filed. All parties agree that the four related actions identified in the moving papers should be consolidated.

On May 10, 2007, Magistrate Judge Maria-Elena James initially entered an order appointing Wilder as lead plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin") as lead counsel. After entry of that Order, Walter belatedly filed a motion seeking appointment as lead plaintiff. Magistrate Judge Maria-Elena James nonetheless vacated her initial order to allow Walter's motion to be heard.

Apart from consolidation, the principal issue now before the Court is the appointment of lead plaintiffs and lead counsel to direct this litigation. Wilder, the first-filed and previously appointed lead plaintiff has moved together with Sammy K. Doolittle ("Doolittle") for appointment as lead plaintiffs and appointment of Lerach Coughlin as lead counsel. A competing motion by Walter was amended in the past few days to add James Forseth ("Forseth"). That motion seeks the appointment of Walter and Forseth as lead plaintiffs and their counsel, Schiffrin Barroway Topaz & Kessler, LLP ("Schiffrin Barroway") as lead counsel.

Here, the papers demonstrate that Doolitte, Wilder and their counsel are best suited to represent the interests of Sonic's shareholder base. Doolittle in particular has made specific allegations demonstrating that he is a long-time shareholder of a material amount of Sonic securities. *Doolittle v. Doris, et al.*, No. C-07-03361-CW, Verified Shareholder Derivative Complaint, ¶12 (N.D. Cal. June 25, 2007). Neither of the competing plaintiffs has made such a showing. In addition, Wilder, with his counsel, initiated these proceedings. Finally, in contrast to the Schiffrin Barroway firm, Lerach Coughlin has a long-established San Francisco presence, with nearly 20

attorneys in its San Francisco office, which will help streamline the litigation and reduce litigation and related costs and expenses.

Accordingly, Doolittle and Wilder respectfully request that the Court grant their motion for appointment as lead plaintiffs and for appointment of Lerach Coughlin as lead counsel.

## II. DISCUSSION

A plaintiff who leads a shareholder derivative suit acts as a fiduciary, and "[t]he interests of all in the redress of the wrongs are taken into his hands, dependent upon his diligence, wisdom and integrity." *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 549 (1949).

As a result, courts typically select the proposed lead plaintiff who is most capable of diligently and responsibly discharging his fiduciary obligations. Several courts across the nation have looked to the standards utilized for selecting lead plaintiffs in federal securities class actions to shareholder derivative actions. *Horn v. Raines*, 227 F.R.D. 1, 2 (D.D.C. 2005).

The courts have consistently held that the appointment of lead plaintiff to control a shareholder derivative litigation should be analyzed in light of objective factors indicating which plaintiff will best serve the interests of the shareholder base as a whole. *TCW Tech. Ltd. P'ship v. Intermedia Commc'ns, Inc.*, Civil Action No. 18336, 2000 Del. Ch. LEXIS 147, at *10 (Del. Ch. Oct. 17, 2000).

Here, at least two factors stand out in favor of appointing Wilder and Doolittle as lead plaintiffs and Lerach Coughlin as lead counsel. First, with his allegations, Doolittle has specifically demonstrated that he is long-standing Sonic shareholder with a significant share holding ownership. In *TCW*, the court explained that the "Court should give weight to the shareholder plaintiff that has the greatest economic stake in the outcome of the lawsuit." *Id.* Here, neither competing plaintiff has made such a showing.

In addition, Wilder and his counsel demonstrated substantial initiative both in bringing the first-filed action and in being the first to seek appointment as lead plaintiff.

Only Wilder and Doolittle have demonstrated that they are long-time shareholders and are best able to represent the Sonic shareholder base. By contrast, Walter and Forseth, the competing

1  plaintiffs, have demonstrated no reason why Wilder, the first-filed plaintiff, and Doolittle, the
2  plaintiff with the most substantial holding period are not in the best position to act as lead plaintiffs.
3      Moreover, there are no facts in this case that suggest that multiple lead counsel would benefit
4  Sonic or serve any purpose other than to increase the expenses associated with this litigation.

5  **III.    CONCLUSION**

6      Accordingly, Wilder and Doolittle respectfully request that the Court grant their motion for
7  appointment as lead plaintiffs and for appointment of Lerach Coughlin as lead counsel.

8  DATED: July 19, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG

/s/
JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

T:\CasesSF\Sonic Solutions\BRF00043710.doc

REPLY IN SUPPORT OF MOTION TO CONSOLIDATE ACTIONS - C-07-1500-CW    - 3 -

1 <u>CERTIFICATE OF SERVICE</u>

2     I hereby certify that on July 19, 2007, I electronically filed the foregoing with the Clerk of
3 the Court using the CM/ECF system which will send notification of such filing to the e-mail
4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6 participants indicated on the attached Manual Notice List.

7     I certify under penalty of perjury under the laws of the United States of America that the
8 foregoing is true and correct. Executed on July 19, 2007.

                                       /s/
                              JOHN K. GRANT

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: Johnkg@lerachlaw.com

# Mailing Information for a Case 4:07-cv-02344-CW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd

- **Monica Patel**
  monica.patel@hellerehrman.com,amy.barth@hellerehrman.com,elsa.pulido@hellere

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwincheste

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087

Nichole Browning
280 King of Prussia Road
Radnor, PA 19087

James Forseth
,
```