United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH WILDER,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT J. DORIS, et al.,<br><br>    Defendants.<br>_____ | No. C 07-01500 CW |
| ANDREW WALTER,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT J. DORIS, et al.,<br><br>    Defendants.<br>_____ | No. C 07-02344 CW |
| JAMES FORSETH,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT J. DORIS, et al.,<br><br>    Defendants.<br>_____ | No. C 07-03178 CW |
| SAMMY K. DOOLITTLE,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT J. DORIS, et al.,<br><br>    Defendants.<br>_____/ | No. C 07- 03361 CW<br><br><u>CLERK'S NOTICE<br>TAKING MOTION UNDER<br>SUBMISSION</u> |

Notice is hereby given that the Court, on its own motion, shall take Proposed Lead Plaintiffs Andrew Walter and James Forseth's Motion to Consolidate Related Actions, Appoint Lead Plaintiffs and Lead Counsel under submission on the papers.[1] The hearing previously scheduled for August 2, 2007, is vacated.

Dated: 7/31/07

*Sheilah Cahill*
SHEILAH CAHILL
Deputy Clerk

---

[1] On July 31, 2007, Plaintiffs Ralph D. Wilder and Sammy K. Doolittle withdrew their motion to appoint lead plaintiff and lead counsel and withdrew their opposition to the Walter motion.